**DOCKET NUMBER**: CR 08-0115 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: GARAUFIS   **DATE**: JULY 26, 2019   **TIME IN COURT**   __60__   **MINS**   **HRS**
@ 12:00 PM.

**1. DEFENDANT**: WENDELL ALOMAR-CABRERA

Present X   Not Present   Custody X          Not Custody

**DEFENSE COUNSEL**: JEREMY ORDEN
   FEDERAL DEFENDER:         CJA: X          RETAINED:

**2. DEFENDANT**:

Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL**:
   FEDERAL DEFENDER:   CJA:   RETAINED:

**A.U.S.A.**: DOUGLAS PRAVDA

**COURT REPORTER**:   GEORGETTE BETTS                ESR:
**INTERPRETER**: MARISTELA VERASTEGUI / ESTRILLITA PLESTED          **LANGUAGE: SPANISH**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Status Conference
- ☐ Motion                                         ☐ Sentencing on a violation
- ☐ Pre Trial Conference
- ☐ Motion Hearing                                 ☐ Violation of Supervised Release
  - ☐ Plea Entered                                 X Sentencing
- ☐ Bail Appeal                                    ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                ☐ Oral Argument
- ☐ Voir Dire Held   Jury selection                ☐ Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**   YES          NO   X

SENTENCING HELD; SEE JUDGMENT.